# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>AQUAWORKS CONSTRUCTION INC., *et al.*,<br><br>　　Defendants. | Case No. 2:24-cv-02072-JAD-NJK<br><br>**Order** |

　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by January 31, 2025.

　　IT IS SO ORDERED.

　　Dated: January 28, 2025

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1